# MBI Energy Services

## Job Description

EXHIBIT
C. Halsey  6   11/19/21

EXHIBIT
6

**Department**: Wireline

**Position**: Wireline Engineer

**Type**: Full-time

**Classification**: Exempt

### Summary

A Wireline Engineers activities include confirming that wellsite equipment, services, and products are operating to standards and dispatched to the wellsite according to schedule. The wireline engineer will lead a crew of operators and apply procedures for the operation of equipment / tools / techniques in order to ensure quality and cost effective service is provided to each customer. Wireline Engineers will also perform operations at a customer's well location with exposure to inclement weather and confined spaces.

**Essential Job Functions and Responsibilities** include the following. Other duties may be assigned.

- Control quality of service delivery and execution during all phases of operations
- Plan, prepare, and coordinate well site operations
- Train and supervise crew of operators in the preparation of the unit and calibration of equipment
- Maintain knowledge of the latest technological changes and operating procedures pertaining to Company equipment, tools, and practices to insure maximum operating efficiency
- Assure adherence to all safety regulations
- Foster and maintain customer relations by establishing a positive image and confidence in the quality of services and ensures the confidentiality of all logging operations
- Promptly and accurately submit all required reports and data
- Perform assigned reporting and administrative duties for field operations, accurately and on schedule
- May operate heavy machinery if properly certified
- Maintain assigned equipment and facilities in a neat, workable condition and conducts self in an exemplary manner at all times

EXHIBIT
3

MBI 00001

- Must be able to drive a company vehicle and hold a valid license

**Required Skills**

- 5 + years of relevant wireline oilfield experience
- Must possess attention to detail and accuracy in completing all required paperwork
- Perform effectively under conditions of fluctuating workload.
- Possess good mechanical dexterity
- Must be able to pass ATF comprehensive background check
- Must be able to work in a team environment
- Must be able to perform the essential functions in a fast paced and high stress environment
- Must possess exceptional customer service skills and the ability to work with current and potential customers, both internal and external

**Qualifications**

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**Physical Demands**

The physical demands of this job are outlined in the Functional Job Analysis for this position and are representative of those that must be met by an employee to successfully perform the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**Education**

High school diploma, GED or equivalent

**Licenses and Certifications**

CDL class A with Hazmat endorsement

**Supervisory Responsibilities**

This position has supervisory responsibilities for two or more full-time employees