| Plaintiff | MBI Vehicle No. | Description | VIN | GVWR | Record Citations |
|---|---|---|---|---|---|
| Tim Warren | P714 | 2014, Ford, F-350 4x4 SD Crew 156 | 1FT8W3BT6EEA38479 | 11,200 | Defs.' Ex. 7, at 10 (VIN photo, MBI 01232); Pls.' Ex. 32, at 3 (TX Inventory, MBI 01308), 19 (inventory with VIN, MBI 01221), & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 8, 11 (inventory lists) |
| Dave Alvey | P716 | 2014, Ford, F-350 4x4 SD Crew 156 | 1FT8W3BT3EEB18595 | 11,200 | Defs.' Ex. 7, at 12 (VIN photo, MBI 01234); Pls.' Ex. 32, at 1 (Dickinson Inventory, MBI 01306), 17 (truck list, MBI 01322), 19 (inventory with VIN/GVWR, MBI 01221), & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31 at 8, 11 (inventory lists) |
| Justin Dykes | P717 | 2014, Ford, F-350 4x4 SD Crew 156 | 1FT8W3BT2EEA66571 | 11,200 | Defs.' Ex. 7, at 13 (VIN photo, MBI 01235); Pls.' Ex. 32, at 17 (truck list, MBI 01322), & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31 at 8, 11 (inventory lists) |
| Corey Gerken | P719 | 2014, Ford, F-350 4x4 SD Crew 156 | 1FT8W3BT6EEB86616 | 11,200 | Defs.' Ex. 7, at 15 (VIN photo, MBI 01237); Pls.' Ex. 32, at 3 (TX Inventory, MBI 01308), 16 (truck list, MBI 01321), & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31 at 8, 11 (inventory list) |
| Chris Reynard | P720 | 2015, Ford, F-350 4x4 SD Crew 156 | 1FT8W3BTOFEA75710 | 11,300 | Defs.' Ex. 7, at 16 (VIN photo, MBI 01238); Pls.' Ex. 32, at 3 (TX Inventory with vin, MBI 01308), 19 (inventory with VIN, MBI 01221), & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 8 (inventory list) |
| Jacob Bratton | P722 | 2015, Chevy, Silvarado 3500HD 4x4 1677 DRW | 1GC4KYC80FF165791 | 11,600 | Defs.' Ex. 7, at 17 (VIN photo, MBI 01239); Pls.' Ex. 32, at 3 (TX Inventory with vin, MBI 01308), 17 (truck list, MBI 01322), & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 8, 11 (inventory lists) |

EXHIBIT

8

| Name | ID | Vehicle | VIN | GVWR | References |
|---|---|---|---|---|---|
| Antonio Aguilera | P729 | 2015, Ford, F-350 4x4 SD Crew 156 | 1FT8W3BT3FEA27411 | 11,500 | Defs.' Ex. 7, at 23 (VIN photo, MBI 01245); Pls.' Ex. 32, at 3 (TX Inventory with vin, MBI 01308), 17 (truck list, MBI 01322), & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 8, 11 (inventory lists) |
| Lyle Goeres | P730 | 2015, Ford, F-350 4x4 SD Crew 156 | 1FT8W3BTOFEA69566 | 11,200 | Defs.' Ex. 7, at 24 (VIN photo, MBI 01246); Pls.' Ex. 32, at 16 (truck list, MBI 01321) & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 9, 11 (inventory lists) |
| Miciah Freeman | P733 | 2014, Ram, 3500 4x4 Crew 169 | 3C63R3HL6EG198676 | 12,350 | Defs.' Ex. 7, at 26 (VIN photo, MBI 01248); Pls.' Ex. 32, at 3 (TX Inventory with vin, MBI 01308), 19 (truck list with GVWR, MBI 01221), & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 9, 11 (inventory lists) |
| Ryan Sutton | P747 | 2014, Ford, F-350 4x4 SD Crew 156 | 1FT8W3BT2EEB12934 | 11,500 | Defs.' Ex. 7, at 32 (VIN photo, MBI 01254); Pls.' Ex. 32, at 1 (Dickinson Inventory with VIN, MBI 01306) & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 9, 11 (inventory lists) |
| Arndt, Darnell | P748 | 2014, Ford, F-350 4x4 SD Crew 156 | 1FT8W3BT9EEA92147 | 11,200-11,500* | *No VIN photograph exists, but the GVWR may be calculated based on identical make and models herein. See also Pls.' Ex. 32, at 17 (truck list); Pls.' Ex. 31, at 9, 12 (inventory lists) |
| Tom Miller | P754 | 2014, Ford, F-350 4x4 SD Crew 156 | 1FT8W3BT7EEB42236 | 11,300 | Defs.' Ex. 7, at 36 (VIN photo, MBI 01258); Pls.' Ex. 32, at 3 (TX Inventory with VIN, MBI 01308), 17 (truck list, MBI 01322), 19 (truck list, MBI 01221), & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 9, 12 (inventory lists) |

| Name | ID | Vehicle | VIN | Weight | References |
|---|---|---|---|---|---|
| Jesse Fuentes | P755 | 2015, Ford, F-250 4x4 SD Crew 172 | 1FT7W2BT6FEA51739 | **10,000** | Defs.' Ex. 7, at 37 (VIN photo, MBI 01259); Pls.' Ex. 32, at 1 (Dickinson Inventory with VIN, MBI 01306) & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 9, 12 (inventory lists) |
| Saun Gonzoles a/k/a Shaun Gonzalez | P758 | 2015, Ram, 3500 4x4 Crew 169 | 3C63R3HL5FG551104 | **12,300** | Defs.' Ex. 7, at 39 (VIN photo, MBI 01261); Pls.' Ex. 32, at 3 (TX Inventory with VIN, MBI 01308), 16 (truck list, MBI 01321), 19 (VIN & GVWR, MBI 01221) & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 9, 12 (inventory lists) |
| Jason Robinson | P768 | 2014, Ford, F-350 4x4 SD Crew 156 | 1FT8W3BT5EEB63277 | **11,500** | Defs.' Ex. 7, at 41 (VIN photo, MBI 01263); Pls.' Ex. 32, at 3 (TX Inventory with VIN, MBI 01308), 19 (truck list, MBI 01221), & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 9, 12 (inventory lists) |
| Ronnie Johnson | P775 | 2014, GMC, Sierra 3500HD 4x4 Crew | 1GT423C8XEF190697 | **11,600** | Defs.' Ex. 7, at 44 (VIN photo, MBI 01266); Pls.' Ex. 32, at 3 (TX Inventory with VIN, MBI 01308) & 21 (Unit GVWR, MBI 01276); Pls.' Ex. 31, at 9, 12 (inventory lists) |
| Rex Foster | P800 | 2018, Chevy, 2500 | 1GC1KUEY8JF113018 | **10,000** | Defs.' Ex. 7, at 49 (VIN photo, MBI 01271); Pls.' Ex. 32, at 3 (TX Inventory with VIN, MBI 01308) & 20 (Unit GVWR, MBI 01222) |
| Matt Bohn | P815 | 2018, Chevy, 2500 Crew | 1GC1KUEG6JF273146 | **9,900** | Defs.' Ex. 7, at 52 (VIN photo, MBI 01274); Pls.' Ex. 32, at 3 (TX Inventory with VIN, MBI 01308) |