# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

**Civil Action No. 19-cv-800-RM-STV**

**Timothy Warren**,
individually and on behalf of all others similarly situated,

      Plaintiff,

v.

**MBI Energy Services, Inc.**;
**Missouri Basin Well Service, Inc. d/b/a MBI Energy**; and
**High Plains Inc.**,

      Defendants.

---

## ORDER APPROVING SETTLEMENT

---

Timothy Warren ("Plaintiff"), on behalf of himself and the 36 individuals who joined this case, and MBI Energy Services, Inc, Missouri Basin Well Services, Inc., and High Plains Inc. (collectively "Defendants") reached a settlement with respect to this Fair Labor Standards Act (FLSA) case with the aid of Magistrate Scott T. Varholak.

The parties jointly requested the Court approve the Settlement Agreement as a reasonable compromise of the FLSA claims. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982) (*citing Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945)). Having reviewed the joint motion and Settlement Agreement, the Court finds the settlement negotiated with Magistrate Varholak's assistance is a reasonable compromise of the claims in this lawsuit, especially given collectability issues at hand.

The parties' motion (ECF No. 114) is therefore GRANTED.

DATED this 4th day of October, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge